## AFFIDAVIT OF SGT. DET. DONALD KEENAN

I, Donald Keenan, being duly sworn, depose and state as follows:

1. I am a Sergeant Detective with the Boston Police Department ("BPD") where I have been employed for more than 12 years. I am currently the Supervisor of the Drug Control Unit ("DCU") in District D-4, which covers neighborhoods in the Back Bay, South End, Lower Roxbury, and Fenway areas of Boston.

2. During my tenure with the Boston Police Department, I have participated in investigations relating to the distribution of controlled substances including cocaine, cocaine base (also known as "crack cocaine"), heroin, marijuana, and other illegal drugs and have received training in the area of narcotics investigations. I have been the affiant on affidavits in support of search warrants, arrest warrants, and other applications.

3. This Affidavit is submitted in support of an application for a criminal complaint charging **RASHAWN BANKS** with distribution of cocaine, a Schedule II controlled substance, within 1000 feet the real property comprising a public housing project, more particularly, the Lenox/Camden Housing Development located at 136 Lenox Street in Boston, Massachusetts (hereinafter referred to as "the Lenox Street Development"), in violation of Title 21, United States Code, Sections 841 and 860. On May 10, 2011, **BANKS** sold cocaine to an undercover officer ("the UC") in the rear of 8 Westminster Street located in Boston's South End, which is adjacent to the Lenox Street Development.

-1-

4. I am familiar with and participated in the underlying investigation. I have also reviewed reports and spoken with the undercover officer who made the purchase from **BANKS** on May 10 and with other officers who assisted in this investigation.

5. This affidavit does not set forth all the facts developed during the underlying investigation. Rather, it sets forth facts I believe to be sufficient to establish probable cause to believe that **BANKS** committed the crime set forth in the accompanying Criminal Complaint.

6. For some time, members of the D-4 DCU have been attacking street-level drug trafficking in and around downtown areas of Boston and in the South End. Based on drug activity and the occurrence of violence associated with it, BPD undercover officers have been used to purchase street level amounts of drugs, (usually that form of cocaine known as cocaine base or "crack cocaine"), from area dealers.

7. Since approximately January, 2011, these activities have also included longer-term investigations into drug dealing in and around the Lenox/Camden Housing Development (hereinafter collectively referred to as "the Lenox Street Housing Development"). During the course of these various investigations, undercover officers were used to make purchases of cocaine (usually that form of cocaine known as cocaine base or crack cocaine) from area dealers. Because of the ongoing nature of these operations, arrests were not made after individual buys

but rather dealers were identified as buys took place in anticipation of arrests to be made at the conclusion of all current investigations in the Lenox Street area.

8. Activity in the Lenox Street Housing Development investigations took place on May 10, 2011 (among various other dates). At approximately 4:40 p.m. on May 10, 2011, an undercover officer ("the UC") contacted **BANKS** by text message sent to telephone number 857-249-7126. This is a number that **BANKS**, who referred to himself as "B," gave to the UC during an earlier meeting on April 9, 2011 when the UC made another purchase of crack cocaine from **BANKS** in the same area.[1]

9. In the text sent on May 10, the UC asked **BANKS** to sell him/her another 3 plastic bags of crack cocaine for $50. **BANKS** agreed and told the UC to meet him at the "same spot," which the UC understood to mean the rear of 8 Westminster Street where **BANKS** and the UC had met on April 10.

10. Prior to being sent out to meet **BANKS** on May 10, the UC was provided with $50 in serialized BPD "Buy Money" with which to

---

[1] The UC made a total of three purchases of cocaine from **BANKS** in the course of the investigation into **BANKS**' drug trafficking. The first buy took place on April 9, 2010, when the UC met **BANKS** in the area of Hammond Street in the South End, purchased 3 $20 rocks of suspected crack cocaine from him and **BANKS** provided the UC with number 857-249-7126 to contact him, telling the UC to store me "in there [the UC's phone] as B." The UC texted **BANKS** at that number the next day (April 10) at which time **BANKS** agreed to sell the UC an additional $50 of crack cocaine, which he did in the rear of 8 Westminster Street (where the May 10 buy also took place). The buy described above is the third and final drug purchase that the UC made from **BANKS** during this investigation.

purchase drugs. The UC was also equipped with a video camera (without audio capability) and a non-recording audio transmitter. Other officers from my unit had also deployed in the area to conduct surveillance and for officer safety.

     11. As the UC was on his/her way to 8 Westminster Street to meet **BANKS**, **BANKS** called the UC's cell to say that his cell phone was dying and that the UC should just wait. The UC did as **BANKS** instructed and walked directly to the agreed-upon meet location where he/she arrived at approximately 5:10 p.m.

     12. **BANKS** arrived on scene approximately 5 minutes later, wearing a gray camouflage type hoodie pulled up over what appeared to be a ball cap. **BANKS** walked to the rear of the property where the UC was waiting and exchanged $50 for three plastic bags containing suspected crack cocaine. The UC thanked **BANKS**, told him that he/she would call, and the two separated.

     13. After the buy, the UC met me and gave me the drugs purchased from **BANKS**. I field tested them (positive for cocaine), logged them into evidence and sent them to the State Laboratory for further testing. **BANKS'** identification was also confirmed with the UC based on the prior buys and the video.

     14. As set forth above, the May 10, 2011 purchase of cocaine by the UC from took place in the rear of 8 Westminster Street in the South End. This location is adjacent to (and within 1000 feet of) the real property comprising the Lenox Street Development, a public housing development under 21 U.S.C.

§860.

15.   Based upon the foregoing, I submit there is probable cause to believe that, on May 10, 2011, **RASHAWN BANKS** distributed cocaine, a Schedule II controlled substance, within 1000 feet of the real property comprising a public housing project, more particularly, the Lenox/Camden Housing Development in Boston, Massachusetts, in violation Title 21, United States Code, Sections 841 and 860.

Signed under the pains and penalties of perjury this 21st day of June, 2011.

*/s/ Donald Keenan*
SGT. DET. DONALD KEENAN

Sworn to and subscribed before me this 21st day of June, 2011

*/s/ Marianne B. Bowler, USMJ*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

-5-